# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:22-CR-00010-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER**<br>) |
| ELIJAH CHASE GORLA, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Defendant's Motion for Miscellaneous Relief. (Doc. No. 29). It appears to the Court that good cause exists for granting the Motion.

**THEREFORE** it is ordered that the United States Marshal permit Defendant Gorla to keep his custom mouth guard in his possession in transport to another detention facility while in the custody of the United States Marshal.

**SO ORDERED.**

Signed: July 12, 2022

Kenneth D. Bell
United States District Judge